# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TREVOR CHASE CANNON,               )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )          CV418-176
                                   )
ROBERT J. ROBINSON, in his         )
individual and official capacities, and  )
THE MAYOR AND ALDERMEN OF          )
THE CITY OF SAVANNAH,              )
                                   )
    Defendants.                    )

FILED
Scott L. Poff, Clerk
United States District Court

By jburrell at 10:31 am, Jan 15, 2019

## ORDER

In this malicious prosecution and wrongful conviction 42 U.S.C. § 1983 case, defendant Robert Robinson's motion to stay all deadlines was denied. Docs. 11 & 21. There has been no further activity in this case. The parties are **ORDERED** to meet and confer to agree upon a proposed scheduling within 10 days of service of this Order. Their joint proposed Order shall be filed within 21 days of service of this Order.

**SO ORDERED,** this   15th   day of January, 2019.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA