# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

# CLERK'S MINUTES - GENERAL

CASE NO. **4:18cv176**  DATE **March 2, 2020**

TITLE **Trevor Chase Cannon v Robert J. Robinson, et al.**

TOTAL **15 hours**

Honorable: **Brian K. Epps, United States Magistrate Judge**  Courtroom Deputy: **Courtnay J. Capps**

Court Reporter:   Interpreter:

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Attorney Dorian Britt<br>Attorney Jeremy McKenzie<br>Trevor Chase Cannon<br>Hailei Tighe | Attorney Patrick O'Connor (Robinson)<br>Corporal Robert Robinson<br><br>City of Savannah:<br>Attorney Malcom Mackenzie<br>Attorney Robert Casella<br>Denise Williams - Risk Management City of Savannah | |

PROCEEDINGS: **Mediation - Statesboro, GA**

☐ In Court
☑ In Chambers

**Mediation held, case settled. Final settlement subject to approval by City Council of Savannah. Settlement contingent upon agreement with third party judgment creditor of Trevor Cannon.**