UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TREVER CHASE CANNON | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: CV418-176 |
| | ) | |
| ROBERT J. ROBINSON, in his individual capacity | ) | |
| and in his official capacity as an employee of the | ) | |
| Savannah Police Department, and THE MAYOR | ) | |
| AND ALDERMAN OF THE CITY OF | ) | |
| SAVANNAH, | ) | |
| | ) | |
|     Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the parties in the above-captioned action and file this Stipulation of

Dismissal with Prejudice and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that this

action be dismissed with prejudice.

This *8th* day of April, 2020.


MCKENZIE & HART, LLC


_____
C. DORIAN BRITT
Georgia Bar No. 083259
JEREMY MCKENZIE
Georgia Bar No: 436655

*Attorneys for Plaintiff*
*Trever Chase Cannon*

21 West Park Avenue
Savannah, GA 31401
TEL: (912) 335-4977
dorian@kmtrial.com
jeremy@kmtrial.com

1

OLIVER MANER LLP

*Pat O'Connor* w/permission by: [signature]

PATRICK T. O'CONNOR
Georgia Bar No: 548425
DAVID BOBO MULLENS
Georgia Bar No: 258029

*Attorneys for Defendant Robert J. Robinson*

218 W. State Street
PO Box 10186
Savannah, GA 31412
TEL: (912) 236-3311
pto@olivermaner.com
dbmullens@olivermaner.com

WEINER SHEAROUSE WEITZ
GREENBERG & SHAWE, LLP

*Malcolm Mackenzie II* w/permission by: [signature]

MALCOLM MACKENZIE, III
Georgia Bar No. 463950
A. ROBERT CASELLA
Georgia Bar No. 115611

P.O. Box 10105
Savannah, GA 31412
(912) 233-2251
mmackenzie@wswgs.com
rcasella@wswgs.com

*Attorneys for The Mayor and Aldermen of
The City of Savannah*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TREVER CHASE CANNON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: CV418-176 |
| | ) | |
| ROBERT J. ROBINSON, in his individual capacity | ) | |
| and in his official capacity as an employee of the | ) | |
| Savannah Police Department, and THE MAYOR | ) | |
| AND ALDERMAN OF THE CITY OF | ) | |
| SAVANNAH, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of STIPULATION OF DISMISSAL
WITH PREJUDICE with the United States District Court's CM/ECF system which will
automatically send notification of such filing to the following counsels of record:

Malcolm Mackenzie, III
WEINER SHEAROUSE WEITZ
GREENBERG & SHAWE, LLP
P.O. Box 10105
Savannah, GA 31412-0305

Patrick T. O'Connor, Esq.
OLIVER MANER, LLP
P.O. Box 10186
Savannah, GA 31412

This _8th_ day of April, 2020.

MCKENZIE & HART, LLC

C. Dorian Britt
Georgia Bar No: 083259
Jeremy McKenzie
Georgia Bar No: 436655
*Attorneys for Plaintiff*
*Trever Chase Cannon*

MCKENZIE & HART, LLC
21 West Park Avenue
Savannah, GA 31401
TEL: (912) 335-4977
dorian@kmtrial.com
jeremy@kmtrial.com

3

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TREVER CHASE CANNON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: CV418-176 |
| | ) | |
| ROBERT J. ROBINSON, in his individual | ) | |
| capacity and in his official capacity as an | ) | |
| employee of the Savannah Police | ) | |
| Department, and THE MAYOR AND | ) | |
| ALDERMAN OF THE CITY OF | ) | |
| SAVANNAH, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the parties by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and all parties shall bear their own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this ___ day of April, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA