IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TREVER CHASE CANNON, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No: 418-cv-176 |
| ROBERT J. ROBINSON, in his individual capacity and in his official capacity as an employee of the Savannah Police Department, and THE MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH, ) | |
| Defendants. ) | |

**O R D E R**

Before the Court is the parties' Joint Stipulation of Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the parties by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and all parties shall bear their own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 24th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA